SCOTT J. SAGARIA (SBN 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
Egale@sagarialaw.com
**SAGARIA LAW, P.C.**
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff Michael Barrow

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BARROW, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INC., FIRST TECH FEDERAL CREDIT UNION, WELLS FARGO BANK, EXPERIAN INFORMATION SOLUTIONS, INC.., and DOES 1 through 100 inclusive, <br><br><br> Defendants. | Case No.: 5:14-cv-04189-EJD <br><br> REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   PLEASE TAKE NOTICE THAT Plaintiff Michael Barrow requests that Defendant Well Fargo Bnk be dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

|  | **Sagaria Law, P.C.** |
|---|---|
| Dated:   March 16, 2015 | /s/ *Elliot Gate* <br> Elliot Gate <br> Attorneys for Plaintiff |

REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER - 1

1
2                              [~~PROPOSED~~] ORDER
3
4  IT IS SO ORDERED.
5
6
7  DATED:   3/17/2015                  _____
8                                      UNITED STATES DISTRICT JUDGE