SCOTT J. SAGARIA (SBN 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
Egale@sagarialaw.com
**SAGARIA LAW, P.C.**
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff Michael Barrow

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BARROW**,** | Case No.: 5:14-cv-04189-EJD |
| Plaintiff, | REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) |
| v. | |
| EQUIFAX INC.,  FIRST TECH FEDERAL CREDIT UNION, WELLS FARGO BANK, EXPERIAN INFORMATION SOLUTIONS, INC.., and DOES 1 through 100 inclusive**,** | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

PLEASE TAKE NOTICE THAT Plaintiff Michael Barrow requests that Defendant First Tech Federal Credit Union be dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Dated:   March 16, 2015

**Sagaria Law, P.C.**
*/s/ Elliot Gate*
Elliot Gate
Attorneys for Plaintiff

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED: _____3/17/2015_____    _____

UNITED STATES DISTRICT JUDGE